UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20043-MC-WILLIAMS/SIMONTON

IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE TWELFTH
COURT OF FIRST INSTANCE FOR LABOR
MATTERS, VENEZUELA; MATTER OF
ALFONSO JOSE ORTEGA RUBIO V.
STANFORD GROUP VENEZUELA ASESORES
DE INVERSION, et al.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Dated: January 6, 2016            Respectfully submitted,
       Miami, Florida
                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

                        By:   *s/Franklin Monsour*
                              Franklin Monsour (Court No. A5501761)
                              Assistant United States Attorney
                              E-mail: Franklin.Monsour@usdoj.gov
                              United States Attorney's Office
                              99 N.E. 4th Street, Suite 300
                              Miami, Florida 33132
                              Tel. No. (305) 961-9128
                              Fax No. (305) 530-7139
                              Counsel for United States of America